IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW EVANS, | ) | CASE NO. 1:20-cv-02516 |
| | ) | |
| Plaintiff, | ) | JUDGE PHILIP J. CALABRESE |
| | ) | |
| vs. | ) | |
| | ) | |
| IMS COMPANY, | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Civil Rule 41(a)(1)(A)(ii), Plaintiff Andrew Evans and Defendant IMS Company, by and through the undersigned counsel, hereby stipulate to the dismissal of all claims in this action, with prejudice. Each party to bear its own costs.

Respectfully submitted,

/s/ *Steven E. Seasly*
Steven E. Seasly, Esq. (0070536)
sseasly@hahnlaw.com
Rachel E. Kolecky, Esq. (0091588)
rkolecky@hahnlaw.com
HAHN LOESER & PARKS, LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
216.621.0150   Telephone
216.241.2824   Facsimile

*Attorneys for Defendant*

/s/ *David W. Neel*
David W. Neel, Esq. (0033611)
dwneel@neellaw.com
David W. Neel, LLC
13800 Shaker Blvd., Suite 102
Cleveland, Ohio 44120
216.522.0011   Telephone
844.548.3570   Facsimile

*Attorney for Plaintiff*
*Andrew Evans*

Dated: September 28, 2021